# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

HUMBERTO ALFREDO GAYTAN CASTRO,

                Petitioner,

v.

JASON KNIGHT, *et al.*,

                Respondents.

Case No. 2:26-cv-00445-JAD-EJY

**ORDER TRANSFERRING CASE**

This Petition for Writ of Habeas Corpus is related to a class action pending before Judge Boulware in Case No. 2:25-cv-02136-RFB-MDC. The actions involve similar questions of fact and law, and assignment to the same district judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 2:25-cv-00445-JAD-EJY to the judge to whom the earliest-filed action is assigned for all further proceedings.

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 2:26-cv-00445-JAD-EJY to Judge Richard F. Boulware, II.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively **RELATE** this matter to Case No. 2:25-cv-02136-RFB-MDC.

**DATED:** February 19, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT JUDGE**